# ELECTRONIC RECORD

1587-14

COA # 06-13-00265-CR      OFFENSE: 1.01

STYLE: Rictarick Tamero Palmer v. The State of Texas      COUNTY: Gregg

COA DISPOSITION: Modified, as Modified Affirmed      TRIAL COURT: 124th District Court

DATE: 10/28/14      Publish: No      TC CASE #: 38611-B

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Rictarick Tamero Palmer v. The State of Texas

_____APPELLANT'S_____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:
_____REFUSED_____
DATE: 03/04/2015
JUDGE: Per Curiam

CCA #: 1587-14

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

## ELECTRONIC RECORD